**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | Case No. 25-10629-KB |
| Justin G. Bower and Krystal G. Bower, | Chapter 13 |
| Debtors. | |

# ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION

On October 2, 2026, the Court held a confirmation hearing (the "**Hearing**") on the Debtors Justin G. Bower and Krystal G. Bower's (collectively, the "**Debtors'**") Chapter 13 Plan (ECF No. 13) (the "**Plan**"). The Debtors did not appear at the Hearing. Moreover, the Chapter 13 Trustee Andrew M. Dudley (the "**Trustee**") indicated that the Debtors had not communicated with the Trustee or otherwise responded to the Trustee's March 6, 2026 non-recommendation of confirmation. *See* ECF No. 35. The Trustee also noted that the Debtors were five months delinquent on payments under the Plan.

Accordingly, the Debtors are ordered to appear on **November 20, 2026** at **10:00 a.m.** in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, and show cause why this case should not be dismissed for lack of prosecution. The Debtors may appear at the hearing in person or via Zoom in accordance with LBR 9074-2. The Debtors are directed to file a written response to this Order by **November 13, 2026**. If the Debtors file a timely written response, then this Order may be discharged. If the Debtors fail to timely respond to this Order, the Court will dismiss the case without further notice or hearing.

Date: October 2, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge